[No. 6555–3–III.   Division Three.   July 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
D. IVERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 83–1–00222–5, Clinton J. Merritt, J., entered
May 25, 1984. *Affirmed* by unpublished opinion per Green,
C.J., concurred in by Munson and McInturff, JJ.

[No. 7050–6–III.   Division Three.   July 8, 1986.]

*In the Matter of the Marriage of* DIANE LYNN
MATHISEN, *Respondent, and* DONALD ORVILLE
MATHISEN, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 84–3–00955–0, William G. Luscher, J.,
entered March 8, 1985. *Affirmed in part* and *reversed in
part* by unpublished opinion per Thompson, J., concurred
in by Green, C.J., and McInturff, J.

[No. 15703–5–I.   Division One.   July 9, 1986.]

*In the Matter of the Marriage of* TERESA M.
WICKSTEAD, *Appellant, and* MICHAEL
WICKSTEAD, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82–3–06620–0, Jim Bates, J., entered April 20
and November 28, 1984. *Affirmed* by unpublished opinion
per Ringold, A.C.J., concurred in by Webster, J., Williams,
J., dissenting.